UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                    CASE NO. 06-51102-TJT
LESLIE CATHERINE SHAKOOR                             CHAPTER 13 PROCEEDINGS
                                                     HON. THOMAS J. TUCKER

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LESLIE CATHERINE SHAKOOR<br>2613 HIGHLAND AVE<br>JACKSON, MI 49203-0000<br>SSN: XXX-XX-4912 | N/A | N/A | DEBTOR REFUND | 1310932 | 10/22/10 | $ 22.40 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    2390131
DETROIT, MICHIGAN 48231-1930

085110200000 017414 1310932
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

| Date: 10/22/2010 | | | | Check No: 1310932 | |
|---|---|---|---|---|---|
| Payee: CLERK OF US BANKRUPTCY COURT | | | | | |
| 0651102 | LESLIE CATHERINE SHAKOOR | | | 22.40 | 0.00 | 22.40 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611

**CHECK NO. 1310932**
SunTrust Bank

**FOR** LESLIE CATHERINE SHAKOOR
BK:0651102 ACCT:
PRIN: 22.40  INT: 0.00

**DATE** Oct 22, 2010

**AMOUNT**
*********22.40

**PAY** 22.40
Twenty-Two And 40 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $22.40
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1310932⑈ ⑆061100790⑆ 000000575151 6⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LESLIE CATHERINE SHAKOOR

       Debtor

CASE NO. 06-51102-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

CARTWRIGHT LAW FIRM, P.C.
24750 LAHSER RD
SOUTHFIELD, MI 48034

**Last Known Address for Debtor:**

LESLIE CATHERINE SHAKOOR
2613 HIGHLAND AVE
JACKSON, MI 49203

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226